Josh Andrew Sloan

22-2123

I am once again making a complaint on Lawyer Jamie Jones Miller a Public defender at Champaign County Court house. Miss Miller Jones Refuses to enter in my evidence and case laws to defend me in my case. People vs. Zapata 2014 IL App (2D) 120825, 8 N.E. 3d 1188 They are Trying to allow YSTR Profile testing in my case i would guess because they r Trying to say that their are Possible Allele dropouts in my PCR-STR Testing but they can't Prove any dropouts or they wouldn't say Possible Dropouts. that is just misleading the Judge & Jury to think their might be something their that isn't their or they can't Prove happened wich should not allow them to use a YSTR Profiling in my case they have to show a reason to use YSTR the DNA met the Criteria for PCR STR Testing so they YSTR Profiling Should Not be allowed That's Just one Reason The Second Reason is that Their are Multiple DNA's & when their are more than 1 Male DNA YSTR cant be used because they can seperate Male and female DNA But they cant seperate Male from Male wich gives false Readings in the YSTR Testing but the DNA Report is being Vague and saying at Least 1 Male DNA not telling the sex of the additional DNA or DNA's that is why I am asking for an Evedentiary hearing to get YSTR Thrown out and also to get the conclusion of the PCR STR Test Revealed because you can't give a answer based on a possability you can't Prove. they are constantly Postponing my Court several Times and Not Listening to me or my Evedence

They have tried adding Charges 26 month later in my case just to postpone things even more they have also ignored 2 Requests of mine for a Speedy trial they do not allow me to attend my Pre Trial Motions or even hear what is going on in court my lawyer has made decisions and postponments in my case without my permision or Knoledge i have been here almost 32 months they will not let me speak or present my own case laws or Evedence in my case and my Lawyer wont do them either I do not know how to do it on my own. How can these Lawyers not listen to their Clients or do their jobs and Defend them to their fullest abbility or knoledge. This is a Clear Violation of my Rights and the Rights of Every American in the U.S.A. I Need Help Please Help me or Forward this letter to someone who can help me these are all Lies they have Taken over 2½ years of my Life already their are Multiple DNA's No Match at all only a Profile that everyone that is male will also Profile to. Plus they Did a PCR-STR test on Someone else said he was excluded when we have him Sexually abusing the Girl on Tape they are doing nothing about this. And why is he excluded their could be possible dropouts on him as well that they Cant Prove. What is good for the Goose isint good for there Goose

Over Please

Also this lawyer did not even come to see me until after she was my lawyer for 4 months not to get any of my witness names or videos I have nothing also she was very Rude hung the phone upon me Two times is constantly saying that a YSTR Profile means that it is my DNA witch it does not Pluss like I said before their are multiple DNA'S giving falos Readings, My own lawyer has convicted me before she has even gotten all evedence or looked at all evedence or even spoke to any of my family or witnesses Not only will she not enter in my Evedence she should not be able to Talk to or Treat People the way she does I am Inacent and Miss Jamie Jones Miller wan't even give me a fighting Chance