E-FILED
Monday, 07 November, 2022 03:09:36 PM
Clerk, U.S. District Court, ILCD

FILED

23-2123

OCT 11 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

To Who it May Concern

This is Josh Andrew Stover at Champaign County Jail my attorney Jamie Jones Miller has been very Rude very disrespectful on her behavior upon me 2 Times both times I have spoke to her because for some Reason she thinks she can speak to me very hatefully Tell me what she will do and not do and lie to me and tell me that my evidence is not admissable in court Which is pretty Posible it is, but I have told her to get it ready anyways and let Judge decide wether it is allowed or not that's when she hung upon me last Time. She has not talked to any of my witnesses my family have left her many Messages she has yet to call them **back**. She is trying to tell me that Social media Videos & old DCFS stuff from 9 months Prior to the accusations in my case aren't allowed in court or witnesses that have info about drug & alcohol use 9 months Prior to these accusations and im being Charged with grooming with alcohol very Relevant to case Videos Show alcohol use & drug use of her accusations Which i believe to be relevant to the case and want Research DNA when they R trying to lie about the use of PSTR testing being allowed basically she is doing nothing but trying to get me to plea out. She has not even Come to look at my evidence or see me in person and has been my lawyer for 4 months now she wants to go to trial at end of October without E worked in any of my evidence or even tried to enter in anything

Over Please

I believe she is trying to get a conviction. She has already lied and also yelled at me hanging up on me and Phone today saying I ask will write is some help if the State will take care of this Job to help fix this why is she doing a bad job.

I have also wrote the Judge Judge Rosenbaum about Jamie Jones Miller, 2 letters and a few yellow slips from Jail and have Recieved No Response. They will not allow me to attend my Hearings wich I have asked to be at because this Ris is Postponing my Court Dates without my Knoledge or Permission. I have add this to Judge still I'm not taken to my Court Dates I Also told Judge everything I have told you in this letter still nothing is done they Just had me in Jail with no Help at all and keep postponing my Court dates I have been here 31 months now nobody will help me. This is my Grievance about: Jamie Jones Miller & Judge Rosenbaum Jamie Jones Miller for not helping me on my case. Judge Rosenbaum for not making these Lawyers do their Job or not letting me be in Court to explain what is going on so we can get this case Taken care of so I can go home & Stop spending Tax Payers Money to Take Care of me for Something I did not Do. Please Help

Josh Andrew Strader

[signature]