2:22-cv-02247-SLD  # 3   Page 1 of 3

E-FILED
Monday, 05 December, 2022  08:30:53 AM
Clerk, U.S. District Court, ILCD

FILED
22-2247
DEC 0 2 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Hello This is Josh Stover I'm sorry if I upset you in my last letter. I was not trying to start a Law Suit with Jamie Jones Miller my P.D. Attorney at Champaign County Jail I was making a complaint with the Federal Department in hopes that somebody could step in and make these Lawyers do their Job and Quit leaving us in a Pre Trial Limbo Enter in our Evedence I'm afraid if I sue her I will never get out of this jail I don't know what to do. I have wrote the MRDC they wont Do anything I have wrote the Judge Nothing Governer Senator State Bar Ass. all nothing How can we get Desent Representation or Representation at all these Lawyers do what they want not what we ask of them they go to court and make decisions Without our permission & wont Enter in Evedence on our behalph. I need someone to step in and look into what they are doing in this county they are also letting Prosecuters make New Charges after 2 years of case in progress Not New info with original Paperwork From Begining of case This is wrong very wrong. I'm Tierd confused angry They keep throwing many things at me to confuse me and make me think they can Put me in Prison for 60 years more of my life, I would die in Jail for something I didet do. Can somebody Please Help This Place Lies & Decieves in every direction you go & if I was to sue this Lawyer I would go back to Square 1. I just want her to do her Job. Please Help                          Over

Could you please give this letter to

Judge Sara Darrow I'm sorry if I wasent clear in my original letter all I want is the lawyer to do her job & fight for me as is her possesion as Public Defender also I was writing so their would be a Record of what P.D. Miller Jones is doing in case she throws my case and I somehow get Convicted I have several slips I have faxed with case laws & Evedence & Witnesses she still has not looked into she has been my lawyer for over 5 months My other lawyer of over 2 years I already fired because he would not Enter in any of my evedence or talk to my witnesses or Look for case files that later on I found on my own on Jail kiosk

I Just Need help I barley have High School Education was in Special Ed Classes all my Life & do not understand all this Technical stuff

Please Help

Josh Storm

Josh Sears
204 E s. Main St
Urbana Ill. 61801

CHAMPAIGN COUNTY JAIL

United States District Court
Central District of Illinois
Office of the Clerk
322 16th Street Suite 200A
Rock Island, Illinois 61201

